NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SCOTT CHRISTOPHER HAHN,                )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D17-2376
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
_____)

Opinion filed February 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Donna Padar Berlin,
Judge.

Scott Christopher Hahn, pro se.


PER CURIAM.


          Affirmed.


CASANUEVA, CRENSHAW, and MORRIS, JJ., Concur.